1448

# MOTION DOCKET

**94–103.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective November 2, 1995.

IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

F.E. SWEENEY, J., not participating.

**95–2198.** State ex rel. Palich v. James. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to stay the September 1, 1995 order and all proceedings in the trial court pending disposition of this case,

IT IS ORDERED by the court, effective November 2, 1995, that the motion to stay the September 1, 1995 order and all proceedings in the trial court pending disposition of this case be, and hereby is, granted.

DOUGLAS, J., would also grant an alternative writ.

COOK, J., would also order respondent to respond within fifteen days.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.